# HALLORAN
# &SAGE LLP
ATTORNEYS AT LAW

RECEIVED

Nov 14  11 45 AM '03

**BRIAN P. LEAMING**  Direct 860 297-4655  leaming@halloran-sage.com

November 13, 2003

The Honorable Robert N. Chatigny
United States Chief Judge
United States District Court
450 Main Street
Hartford, CT 06103

    Re:   Shawn Cammorto v. Danbury Porsche, et al
           Civil Action No. 3:02CV847 (RNC)
           Our File No.   :   08858.0407

Dear Judge Chatigny:

    In accordance with the Court's *Order Regarding the Case Management Plan*, dated September 26, 2003, the undersigned counsel, on behalf of defendants, Danbury Porsche, Josh Weeks and Paul Burkman, respectfully request a pre-filing conference or, alternatively, authority to proceed with the filing of a Motion for Summary Judgment as to all claims in the operative complaint.

    As Magistrate Judge Martinez noted in her recommended ruling on the defendants' Motion to Dismiss, the pro se complaint is not artfully drafted. Nevertheless, the Court construed the complaint as advancing claims of malicious prosecution, false imprisonment, defamation, and possibly a claim related to the training and supervision of employees of Danbury Porsche. The anticipated basis for the defendants' motion is as follows.

    The plaintiff is presently in the custody of the New York State Department of

---

November 14, 2003.    Shawn Cammorto v. Danbury Porsche, et al.,
                             Case Number 3:02CV847(RNC)

RE: Letter dated November 13, 2003

The Clerk will docket this letter and send copies to the pro se plaintiff and counsel. Counsel may file the proposed motion without a prefiling conference. So ordered.

                         Robert N. Chatigny, U.S.D.J.