UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN CAMMORTO;
    Plaintiff

VS.

DANBURY PORSCHE;
JOSH WEEKS;
PAUL BURKMAN;
    Defendants

CIVIL ACTION NO.
3:02 CV 847 (RNC)

JANUARY 7, 2004

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, Danbury Porsche, Josh Weeks and Paul Burkman, in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendants will be represented by James J. Szerejko of Halloran & Sage LLP, who is filing an appearance contemporaneous with this motion.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANTS:
DANBURY PORSCHE;
JOSH WEEKS; AND
PAUL BURKMAN


BY_____
Brian P. Leaming
Fed. Bar No. ct 16075
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105