UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN CAMMORTO; <br>     Plaintiff | : <br> :   CIVIL ACTION NO. <br> :   3:02 CV 847 (RNC) |
| VS. | : <br> : |
| DANBURY PORSCHE; <br> JOSH WEEKS; <br> PAUL BURKMAN; <br>     Defendants | : <br> : <br> :   JANUARY 7, 2004 <br> : |

## APPEARANCE

Enter my appearance as Attorney for the defendants, Danbury Porsche, Josh Weeks and Paul Burkman, only, in the above-entitled case.

DEFENDANTS:
DANBURY PORSCHE;
JOSH WEEKS; AND
PAUL BURKMAN

BY: _____
James J. Szerejko
Fed. Bar No. ct4326
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103
szerejko@halloran-sage.com

One Goodwin Square     HALLORAN     Phone (860) 522-6103
225 Asylum Street     & SAGE LLP     Fax (860) 548-0006
Hartford, CT 06103                                   Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 7th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Mr. Shawn Cammorto
Inmate #02A6718
Adirondack Correctional Facility
P.O. Box 110
Ray Brook, New York 12377-0110

James J. Szerejko

327714.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105