UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN CAMMORTO; | : |
|     Plaintiff | : CIVIL ACTION NO. |
| | : 3:02 CV 847 (RNC) |
| VS. | : |
| | : |
| DANBURY PORSCHE; | : |
| JOSH WEEKS; | : |
| PAUL BURKMAN; | : |
|     Defendants | : JANUARY 7, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the undersigned defendants, Danbury Porsche, Josh Weeks and Paul Burkman, move for summary judgment in their favor as to all claims in the plaintiff's Amended Complaint. For the reasons set forth in the attached Memorandum of Law, the undersigned defendants' motion should be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANTS:
DANBURY PORSCHE;
JOSH WEEKS; AND
PAUL BURKMAN


BY_____
Brian P. Leaming
Fed. Bar No. ct 16075
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT  06103
Tele: (860) 522-6103


### CERTIFICATION

This is to certify that on this 7th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Mr. Shawn Cammorto
Inmate #02A6718
Adirondack Correctional Facility
P.O. Box 110
Ray Brook, New York 12377-0110


_____
Brian P. Leaming

500042.1(HS-FP)



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Halloran & Sage LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105