UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN CAMMORTO; | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV847 (RNC) |
| VS. | : | |
| | : | |
| DANBURY PORSCHE; | : | |
| JOSH WEEKS; | : | |
| PAUL BURKMAN; | : | JANUARY 7, 2004 |
| Defendants | : | |

**DEFENDANTS' RULE 56(a)1 STATEMENT
OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56(a)1, the defendants, Danbury Porsche, Josh Weeks and Paul Burkman, submit the following Statement of Material Facts to which there are no genuine issues to be tried.

1.     The plaintiff is presently incarcerated in a correctional facility operated by the State of New York Department of Corrections. **Exh. D**, *Certificate of Inmate Status*.

2.     The plaintiff is incarcerated on larceny charges unrelated to the incident which is the subject of this lawsuit.  Id.

3.     The plaintiff is eligible for parole on August 28, 2005.  Id.

08858.0407 bpl

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4.     The only detainer lodged against the plaintiff is an arrest warrant issued on November 2, 2001 from Stamford, Connecticut, charging him with Larceny in the First Degree.  Id.

5.     Danbury Porsche Audi Volkswagen is a registered d/b/a of Weeks Automobile Corp., located at 52 Newtown Road, Danbury, Connecticut.  **Exh. E**, ¶ 3.

6.     At all times relevant to this lawsuit, Paul Burkman ("Burkman") worked at Danbury Porsche as a Sales Manager.  **Exh. B**, ¶ 2.

7.     At all times relevant to this lawsuit, Michael Killeen ("Killeen") worked at Danbury Porsche as a Sales Consultant.  **Exh. A**, ¶ 2.

8.     On October 22, 2001, Killeen received a phone call at approximately 4:30 p.m. from an individual who identified himself as Michael Miller ("Miller").  Miller inquired about the availability of any late model, but not new, Porsche Carreras.  Id., ¶ 3.

9.     Killeen informed Miller that he did have some vehicles in stock.  Id.

10.    On October 23, 2001, a black male, who identified himself as Michael Miller, arrived at the dealership.  Id., ¶¶ 3 &4.

11.    Killeen and Miller discussed various topics, including available vehicles. Id., ¶ 4.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

12.    Burkman also joined the discussion.  Id., ¶ 5.

13.    An all-wheel Porsche 911 C4 Coupe was discussed as a vehicle that may interest Miller.  Id.; **Exh. B**, ¶ 4.

14.    A silver C4 Coupe was brought from an offsite preparation center to the Danbury dealership.  **Exh. A**, ¶ 5.

15.    This vehicle had a modified exhaust system.  Id., ¶ 6.

16.    Miller stated that he wanted to sit in the vehicle and listen to the sound system.  Id., ¶ 6.

17.    The vehicle was started so that Miller could listen to the modified exhaust and stereo systems.  When Miller expressed an interest in leasing the vehicle, Killeen exited the vehicle to speak to Burkman about financial details for a possible lease.  Id.

18.    As Killeen re-entered the showroom, he heard tires squealing and observed Miller drive off with the Porsche 911 C4 Coupe.  **Exh. A**, ¶ 6.

19.    Burkman also observed Miller drive off the lot at a high rate of speed.  **Exh. B**, ¶ 4.

20.    Killeen immediately contacted the Danbury Police Department to report the motor vehicle theft.  **Exh. A**, ¶ 6.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Halloran
& Sage LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

21.     Detective-Sergeant Randolph Salazar ("Det. Salazar") was at all relevant times to this lawsuit a sworn member of the Danbury Police Department.  **Exh. C**, ¶ 2.

22.     After the initial investigation was conducted by a patrol officer, Det. Salazar was assigned to complete the investigation.  Id., ¶ 3.

23.     During the course of Det. Salazar's investigation, he interviewed witnesses, utilized photographic lineups, and obtained information from other law enforcement sources.  Id., ¶ 5.

24.     On November 2, 2001, Killeen went to the Danbury Police Department and met with Det. Salazar.  **Exh. A**, ¶ 7.

25.     Killeen was shown a photo array containing eight (8) numbered photographs, each depicting similarly appearing black males.  Id.

26.     The photographs did not have names.  Id.

27.     Killeen selected the photograph depicting the individual who identified himself as Miller and signed the photograph.  Id.

28.     On November 6, 2001, Burkman went to the Danbury Police Department and also met with Det. Salazar.  **Exh. B**, ¶ 5.

29.     Burkman was also shown a photo array of eight (8) photographs of similarly appearing black males.  Id.



One Goodwin Square
225 Asylum Street
Hartford, CT  06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

30.    Burkman selected a photograph which depicted the person who identified himself as Miller, and signed the photograph.  Id.

31.    Det. Salazar prepared an arrest warrant and affidavit requesting that the Superior Court in Danbury, Connecticut issue a warrant charging the plaintiff, Shawn Cammorto, with Larceny in the First Degree.  **Exh. C**, ¶ 6.

32.    The arrest warrant application was submitted to the Danbury Superior Court's State's Attorney's Office who signed the warrant application on November 19, 2001.  On November 21, 2001, the arrest warrant was signed by a Connecticut Superior Court judge charging Shawn Cammorto with Larceny in the First Degree.  Id., ¶ 7.

33.    The signed arrest warrant for the plaintiff is currently on file with the Danbury Police Department and a File #5 Wanted Person Type has been entered into the law enforcement NCIC system, as is normal procedure.  Id., ¶ 8.

34.    Extradition of the plaintiff by the Danbury Police Department from the State of New York has not been authorized by the Danbury Superior Court.  Id.

35.    No detainer has been lodged against the plaintiff as a result of the Danbury warrant.  Id., ¶ 9; **Exh. D**.

One Goodwin Square
225 Asylum Street
Hartford, CT  06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

36.     None of the defendants in the present action pressured Det. Salazar to submit an arrest warrant application to the Danbury Superior Court.  Id., ¶ 10.

DEFENDANTS:
DANBURY PORSCHE;
JOSH WEEKS; AND
PAUL BURKMAN


BY: _____
Brian P. Leaming
Fed. Bar No. ct 16075
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT  06103
Tel: (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT  06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## <u>CERTIFICATION</u>

This is to certify that on this 7th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Mr. Shawn Cammorto
Inmate #02A6718
Adirondack Correctional Facility
P.O. Box 110
Ray Brook, New York 12377-0110

_____
Brian P. Leaming

499703.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105