UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN CAMMORTO; | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02 CV 847 (RNC) |
| VS. | : | |
| | : | |
| DANBURY PORSCHE; | : | |
| JOSH WEEKS; | : | |
| PAUL BURKMAN; | : | DECEMBER __ , 2003 |
|     Defendants | : | |

## AFFIDAVIT OF MICHAEL KILLEEN

I, Michael Killeen, being duly sworn depose and say:

1. I am over the age of eighteen (18) years and believe in and understand the obligations of an oath. I have personal knowledge of the information set forth herein.

2. At all times relevant to this action, I was employed at Danbury Porsche, 52 Newtown Road, Danbury, Connecticut, as a Sales Consultant.

3. On October 22, 2001, I received a phone call at approximately 4:30 p.m. from an individual who identified himself as Michael Miller. Mr. Miller asked if we had any late model, but not new, Porsche Carreras in stock. I informed Mr. Miller that we

08858.0407 bpl



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

did have some in stock. Mr. Miller informed me that he had been treated poorly at another dealership due to his race (black) and that he had $8,000 in his pocket.

4. On October 23, 2001, an individual, who identified himself as Michael Miller, arrived at the dealership. Upon his arrival, he asked for me. I introduced myself to Mr. Miller and we began to discuss a suitable car that we had in stock. Mr. Miller expressed an interest in a silver 2001 C4 Coupe which was located in the front of our store. I sat in the car with Mr. Miller so he could hear the engine. Mr. Miller also expressed an interest to hear the stereo, but it was not working.

5. My supervisor, Paul Burkman, told Mr. Miller that we had another silver coupe, similar to the one he liked, but had all-wheel drive. The car was at our prep center down the street so another employee retrieved the vehicle.

6. When Mr. Miller saw the 2001 C4 Coupe, he stated that he loved the car and wanted to listen to the sound system. I sat in the car with Mr. Miller and started the ignition so he could listen to the sound and exhaust systems. Mr. Miller expressed an interest in leasing the car if it included the modified exhaust system. I informed Mr. Miller that I would speak to my supervisor and left him alone in the vehicle. As I entered the showroom, I heard tires squealing and saw Mr. Miller drive off with the car. I immediately called 911 to notify the police of the theft.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

7. On November 2, 2001, I went to the Danbury Police Department and met with Detective Sergeant Salazar. Detective Sergeant Salazar showed me a photo array of eight (8) similarly-appearing black males. None of the photographs had the names of the individuals, nor was I told if any of the photographs were identified by Mr. Burkman, or any other witness. I identified the photograph of the person who identified himself as Mr. Miller who stole the Porsche 911 C4 from the lot on October 23, 2001. I also provided a sworn written statement to Detective Sergeant Salazar summarizing my recollection of the incident.

_____
Michael Killeen

Subscribed and sworn to, before me, this \_\_\_\_ day of December, 2003.

_____
Notary Public
Commissioner Superior Court

489807.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105