UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN CAMMORTO; | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV847 (RNC) |
| VS. | : | |
| | : | |
| DANBURY PORSCHE; | : | |
| JOSH WEEKS; | : | |
| PAUL BURKMAN; | : | DECEMBER __, 2003 |
| Defendants | : | |

## AFFIDAVIT OF PAUL H. BURKMAN

I, Paul H. Burkman, being duly sworn depose and say:

1. I am over the age of eighteen (18) years and believe in and understand the obligations of an oath. I have personal knowledge of the information set forth herein.

2. At all times relevant to this complaint, I was working at Danbury Porsche, 52 Newtown Road, Danbury, Connecticut, as a Sales Manager.

3. On October 23, 2001, I was working with Michael Killeen, one of our sales consultants.

08858.0407 bpl



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4.      At approximately 5:45 p.m., a black male arrived at our dealership and introduced himself to Mr. Killeen as Michael Miller.  Mr. Miller related to Mr. Killeen that he had a bad experience with another dealership and that he had $8,000 in his pocket and was interested in purchasing a car that day.  Mr. Killeen asked Mr. Miller what kind of car interested him and he pointed to a silver Porsche 911 that was parked outside the showroom.  Mr. Killeen and Mr. Miller went outside to inspect the vehicle, but when they turned on the radio in the car, it was "coded" which means it would not turn on without the proper code.  Mr. Miller returned to the showroom, with Mr. Killeen, and stated that he wanted to hear the stereo.  I informed Mr. Miller that I had another vehicle with the same sound system.  I had one of my other employees bring a 2001 Porsche 911 C4 from an off-site lot to our location.  Mr. Killeen and Mr. Miller then went outside to look at the car.  I observed Mr. Killeen and Mr. Miller in the vehicle revving the engine.  When Mr. Killeen returned to the dealership to speak with me, I observed Mr. Miller drive off with the car at a high rate of speed.

5.      On November 6, 2001, I went to the Danbury Police Department and met with Detective Sergeant Salazar.  Detective Sergeant Salazar showed me a photo array of eight (8) similarly-appearing black males.  None of the photographs had the individuals' names, nor was I told if any of these individuals were identified by Michael

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Halloran
& Sage LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Killeen, or any other witness to the incident. I identified a photograph of the individual who identified himself as Michael Miller, and who stole the Porsche 911 C4 from the lot on October 23, 2001. I also provided a sworn written statement to Detective Sergeant Salazar summarizing my recollection of the incident.

_____
Paul H. Burkman

Subscribed and sworn to, before me, this ____ day of December, 2003.

_____
Notary Public
Commissioner Superior Court

489822.1(HS-FP)



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Halloran
& Sage LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105