UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN CAMMORTO; | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02 CV 847 (RNC) |
| VS. | : | |
| | : | |
| DANBURY PORSCHE; | : | |
| JOSH WEEKS; | : | |
| PAUL BURKMAN; | : | |
| Defendants. | : | NOVEMBER  , 2003 |

## AFFIDAVIT OF SERGEANT RANDOLPH SALAZAR

The undersigned, having been duly sworn, deposes and says that:

1.      I am over the age of 18 years and understand and believe in the obligations of an oath.  I have personal knowledge of the facts set forth herein.

2.      I have been a sworn member of the Danbury Police Department for the past twenty-eight years and currently hold the rank of Detective Sergeant.

3.      On October 23, 2001, a 2001 Porsche Model 911 was stolen from Danbury VW, Porsche, Audi which is located at 52 Newtown Road in Danbury, Connecticut.  The Danbury Police Department was contacted and after the initial investigation was conducted by a patrol officer, I was assigned to complete the investigation.

4.      The complaint filed by Danbury Porsche stated that a customer had come to the dealership and was given the opportunity to sit in the vehicle while the vehicle

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

was running.  When the salesman stepped from the car to re-enter the showroom, the customer drove the car off the lot.  The Porsche 911 was valued at $103,400.00.

5.    During the course of the investigation, I interviewed witnesses, utilized photographic line-ups, and obtained information from other law enforcement sources.  I prepared Incident Reports in which I documented my investigation.

6.    I prepared an arrest warrant and supporting affidavit requesting that the Superior Court in Danbury, Connecticut issue a warrant charging Shawn Cammorto (DOB 11/4/69) with Larceny in the First Degree.

7.    The arrest warrant application was submitted to the Danbury Superior Court State's Attorney's Office who signed the warrant application on November 19, 2001.  On November 21, 2001, the arrest warrant was signed by a Connecticut Superior Court Judge charging Shawn Cammorto with Larceny in the First Degree.  The Court also issued a $200,000.00 bond.

8.    The signed arrest warrant for Shawn Cammorto is currently on file at the Danbury Police Department and a File #5 wanted person type has been entered into the law enforcement NCIC system, as is normal procedure.  Extradition of Mr. Cammorto by the Danbury Police Department from the State of New York has not been authorized by Danbury Superior Court.

9.    During my investigation, I learned that Shawn Cammorto was investigated by other police departments regarding the theft of expensive vehicles.  I have current knowledge that Cammorto is serving time in a New York correctional facility.  It is my

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

understanding that the Stamford Police Department has a detainer lodged against Mr.

Cammorto in the New York correctional facility and is willing to extradite Mr. Cammorto

from New York to Connecticut upon completion of his sentence.  Once Mr. Cammorto is

in Connecticut, whether by extradition, transfer or other means, the Danbury Police

Department will serve its warrant on him at that time.

10.     I am aware of the current civil lawsuit brought by Shawn Cammorto

against Danbury Porsche and its employees.  None of the defendants pressured me to

submit an arrest warrant application to the Danbury Superior Court.


_____

Sergeant Randolph Salazar

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

STATE OF CONNECTICUT        :

                           :                    NOVEMBER  , 2003

COUNTY OF                  :

    Then and there personally appeared Sergeant Randolph Salazar, who subscribed the foregoing Affidavit and who swore to the truth of the statements contained therein before me, the undersigned authority.

_____

Notary Public
My Commission Expires:

487268.1(HSFP)

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105