

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES
ADIRONDACK CORRECTONAL FACILITY
BOX 110

**RAYBROOK, NEW YORK 12977-0110**

(518) 891-1343

AN EQUAL OPORTUNITY EMPLOYER

GLENN GOORD  ALAN ROBERTS
COMMISSIONER  SUPERINTENDENT

# CERTIFICATE OF INMATE STATUS

**RE: SHAWN CAMMOROTO**  DIN:  02-A-6718
(Inmate)  (Number)

Adirondack Correctional Facility  Ray Brook, NY
(Institution)  (Location)

THE CUSTODIAL AUTHORITY HEREBY CERTIFIES:

1. THE TERM OF COMMITMENT UNDER WHICH THE INMATE IS BEING HELD:   2-0-0/4-0-0
   GRAND LARCENY – NOT AUTO 2ND RETURN PAROLE VIOLATOR

2. THE TIME ALREADY SERVED:  1YEAR, 25 DAYS

3. THE TIME REMAINING TO BE SERVED:  5 YEARS, 7 MONTHS, 2 DAYS

4. THE AMOUNT OF POSSIBLE GOOD TIME EARNED:  2YEAR, 2 MS., 19DAYS

5. THE DATE OF PAROLE ELIGIBILITY: 10/28/03 – MERIT DATE 8/28/05

6. THE DECISIONS OF THE PAROLE BOARD RELATING TO THE PRISONER:
   8/05 REAPEARANCE

7. MAXIMUM EXPIRATON DATE UNDER PRESENT SENTENCE: 6/26/08

8. DETAINERS CURRENTLY LODGED AGAINST THIS INMATE:

Arrest Warrant-State of Connecticut-Stamford Larceny 1st Degree-Issued 11/02/01

DATED: November 24, 2003

By: _____
Inmate Records Coordinator II
Barbara A. Granish