UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN CAMMORTO; | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02 CV 847 (RNC) |
| VS. | : | |
| | : | |
| DANBURY PORSCHE; | : | |
| JOSH WEEKS; | : | |
| PAUL BURKMAN; | : | DECEMBER __ , 2003 |
|     Defendants | : | |

## AFFIDAVIT OF JOSH WEEKS

I, Josh Weeks, being duly sworn depose and say:

1. I am over the age of eighteen (18) years and believe in and understand the obligations of an oath. I have personal knowledge of the information set forth herein.

2. At all times relevant to the plaintiff's complaint, I was President of Weeks Automobile Corp., a Connecticut corporation located at 52 Newtown Road, Danbury, Connecticut.

3. Danbury Porsche Audi Volkswagen is a registered d/b/a of Weeks Automobile Corp.

08858.0407 bpl



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4.   I was not present at the dealership on October 23, 2001, when a 2001 Porsche Model 911 was stolen from a lot by an individual who identified himself as Michael Miller.

_____
Josh Weeks

Subscribed and sworn to, before me, this \_\_\_\_ day of December, 2003.

_____
Notary Public
Commissioner Superior Court

497980.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105