02cv847motWAppLearning

37.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN CAMMORTO; <br> Plaintiff | : <br> : | CIVIL ACTION NO. <br> 3:02 CV 847 (RNC) |
| VS. | : : : | |
| DANBURY PORSCHE; <br> JOSH WEEKS; <br> PAUL BURKMAN; <br> Defendants | : : : : | JANUARY 7, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, Danbury Porsche, Josh Weeks and Paul Burkman, in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendants will be represented by James J. Szerejko of Halloran & Sage LLP, who is filing an appearance contemporaneous with this motion.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

GRANTED. So ordered. 1/13/04.

One Goodwin Square
225 Asylum Street
Hartford, CT  06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105