UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN CAMMORTO;<br>    Plaintiff<br><br>VS.<br><br>DANBURY PORSCHE;<br>JOSH WEEKS;<br>PAUL BURKMAN;<br>    Defendants | :<br>:  CIVIL ACTION NO.<br>:  3:02 CV 847 (RNC)<br>:<br>:<br>:<br>:<br>:<br>:  JANUARY 30, 2004 |

## APPEARANCE

Enter my appearance as Attorney for the defendants, Danbury Porsche, Josh Weeks and Paul Burkman, in the above-captioned case.

                                            DEFENDANTS:
                                            DANBURY PORSCHE;
                                            JOSH WEEKS; AND
                                            PAUL BURKMAN

                                        BY_____
                                        Eric P. Daigle
                                        Fed. Bar No. ct 23486
                                        HALLORAN & SAGE LLP
                                        One Goodwin Square
                                        Hartford, CT 06103
                                        Tele: (860) 522-6103

One Goodwin Square          HALLORAN          Phone (860) 522-6103
225 Asylum Street            & SAGE LLP        Fax (860) 548-0006
Hartford, CT 06103                                     Juris No. 26105

## CERTIFICATION

This is to certify that on this 30th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Mr. Shawn Cammorto
Inmate #02A6718
Adirondack Correctional Facility
P.O. Box 110
Ray Brook, New York 12377-0110

Eric P. Daigle

510076.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105