UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN CAMMORTO,

    Plaintiff,

v.                              CASE NO. 3:02CV847(RNC)

DANBURY PORSCHE, ET AL.,

    Defendants.

## NOTICE AND ORDER TO PRO SE LITIGANT

On January 8, 2004, the defendants in this case filed a motion for summary judgment (doc. #39) pursuant to Fed. R. Civ. P. 56.

Summary judgment may not be granted against a pro se litigant unless he has received adequate notice of the nature and consequences of a summary judgment motion. See Vital v. Interfaith Medical Ctr., 168 F.3d 615 (2d Cir. 1999).

The court hereby gives the following notice to the pro se plaintiff: **Pursuant to Rule 56 of the Federal Rules of Civil Procedure, summary judgment may be granted to the defendants if there is no issue of fact requiring a trial and the defendants are entitled to prevail under applicable law. The defendants have moved for summary judgment. If their motion is granted, no trial will be held. Judgment will enter in favor of the defendants and you will lose the case without a trial.**

**TO AVOID SUMMARY JUDGMENT YOU MUST FILE AND SERVE PAPERS IN ACCORDANCE WITH THIS NOTICE AND ORDER, DEMONSTRATING THAT THERE IS AN ISSUE OF FACT REQUIRING A TRIAL, AND/OR THAT THE APPLICABLE LAW DOES NOT ENTITLE THE DEFENDANTS TO PREVAIL. IF YOU FAIL TO DO**

**THIS, THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT MAY BE GRANTED.**

You may not simply rely on your complaint, nor is a memorandum sufficient to oppose the defendants' motion. To demonstrate that this case presents an issue of fact requiring a trial, you must file and serve a document entitled "Local Rule 56(a)2 Statement," which states - in separately numbered paragraphs corresponding to the paragraphs contained in the defendants' Local Rule 56(a)1 Statement - whether each of the facts asserted by the defendants is admitted or denied. <u>Any fact asserted by the defendants in their Local Rule 56(a)1 Statement will be deemed to be true for purposes of this case unless it is denied in your Local Rule 56(a)2 Statement.</u> Your Local Rule 56(a)2 Statement must also include in a separate section a list of each issue of fact that you think requires a trial. Each statement of material fact must be followed by a specific citation to (1) the affidavit of a witness competent to testify as to the facts at trial and/or (2) evidence that would be admissible at trial. The affidavits, deposition testimony, responses to discovery requests, or other documents containing such evidence shall be filed and served with the Local Rule 56(a)2 statement. You are notified that failure to provide specific citations to evidence in the record as required by Local Rule 56 may result in sanctions, including, an order granting the defendants' motion for summary judgment.

Finally, you must file and serve a memorandum of law explaining why you believe that the law does not entitle the defendants to judgment in their favor.

2

Your response to the defendants' motion for summary judgment including affidavits or other documentary evidence must be filed by **March 26, 2004.** "[F]ailure to submit a memorandum in opposition to [the] motion may be deemed sufficient cause to grant the motion," Conn. L. Civ. R. 7(a), and if no opposition is filed by **March 26, 2004,** the defendants' motion may be granted.

The Clerk of the Court shall mail the instant Notice and Order to the plaintiff at: Inmate #02A6718, Adirondack Correctional Facility, P.O. Box 110, Ray Brook, New York 12377-0110.[1]

Because the plaintiff has filed a pro se appearance and, therefore, is serving as his own counsel, the court hereby notifies the plaintiff that pursuant to Local Rule 5(a), he must provide the Clerk of the Court with a current mailing address. Local Rule 5 states in pertinent part:

> Counsel entering a case after the filing of the complaint, whether on behalf of the plaintiff or the defendant, shall file with the Clerk and serve on all parties or their counsel a notice of appearance. The appearance shall include counsel's name, address, zip code, [and] ... telephone number ..., if available.

D.Conn.L.Civ.R. 5(a).

SO ORDERED at Hartford, Connecticut this 26th day of February, 2004.

Donna F. Martinez
United States Magistrate Judge

---

[1] On February 13, 2004, this court entered a Notice and Order to Pro Se Litigant (doc. #44). It was mailed to the plaintiff at the address on file in the Clerk's office: Inmate 165385, Westchester County Correctional, P.O. Box 10, Valhalla, NY 10595. The Notice and Order was returned to the court and the envelope was stamped "Returned For Better Address."