#46

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN CAMMORTO,                    :
                                  :
        Plaintiff,                :
                                  :
        v.                        :        CASE NO.   3:02CV847(RNC)
                                  :
DANBURY PORSCHE, ET AL.,          :
                                  :
        Defendants.               :

RECOMMENDED RULING ON DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

        In May 2002, the plaintiff, Shawn Cammorto, proceeding pro se,

commenced this diversity action against Danbury Porsche, Josh Weeks

("Weeks"), the owner of the car dealership, and Paul Burkman

("Burkman"), Michael Killeen ("Killeen") and Bill Kahn ("Kahn"),[1]

employees of Danbury Porsche.  Pending before the court is a motion

for summary judgment filed by Danbury Porsche, Weeks and Burkman.

(Doc. #39.)   The plaintiff did not file a response to the

defendants' summary judgment motion.  For the reasons that follow,

the court recommends that the motion be granted.

_____

        [1] Defendants Killen and Kahn have not been served.  Because the
plaintiff has failed to show either proof of service or good cause as
to why service has not been made, as ordered by the court on August
27, 2003, see doc. #31, the action as to these defendants should be
dismissed.

_September 22, 2004.  After review and absent objection, the Magistrate Judge's recommended ruling is hereby approved and adopted.  So ordered._

_Robert N. Chatigny, U.S.D.J._