UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN CAMMORTO : | |
| : | |
| v. : | CASE NO. 3:02CV847 (RNC) |
| : | |
| DANBURY PORSCH, ET AL : | |

## JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Donna F. Martinez, United States Magistrate Judge, and the Honorable Robert N. Chatigny, United States District Judge and,

The Honorable Donna F. Martinez having considered the motion and the full record of the case including applicable principles of law, and having filed a Recommended Ruling granting the motion for summary judgment and the Court having approved and adopted the ruling absent objection, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 23rd day of September 2004.

                                      KEVIN F. ROWE, Clerk

                                      By       /s/lik      
                                              Linda I. Kunofsky
                                              Deputy Clerk

EOD _____